GERTRUDE SCHREIER, *ET. AL.*, PLAINTIFFS-APPELLANTS, v. SALLY FASS, *ET. AL.*, DEFENDANT-RESPONDENT.

*Mr. Sheldon M. Liebowitz* and *Mr. Conrad W. Krafte* for petitioners.

*Messrs. Calissi, Gelman & Cuccio* for respondents.

October 4, 1965.   Denied.

MICHAEL I. ZUCKERBROD, *ET. AL.*, PLAINTIFFS-RESPONDENTS-CROSS-PETITIONER, v. HARVEY BURCH, JR., *ET AL.*, DEFENDANTS-PETITIONERS-CROSS-RESPONDENTS.

See same case below: 88 *N. J. Super.* 1.

*Messrs. Gaffey, Webb & Dines* for cross-petitioners.

*Mr. David B. Geltzeiler and Mr. Frank Fink* for cross-respondents.

October 4, 1965.   Denied.